IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:17cr1 |
| | ) | |
| LIONEL NELSON WILLIAMS, | ) | |
|    a/k/a "Harun Ash-Shababi," | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America, through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Joseph E. DePadilla and Andrew Bosse, Assistant United States Attorneys for the District, hereby provides notice to defendant Lionel Nelson Williams and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:  April 24, 2017

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

By:     /s/
        Joseph E. DePadilla
        Andrew Bosse
        Assistant United States Attorneys
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office Number: 757-441-6331
        Facsimile Number: 757-441-6689
        joe.depadilla@usdoj.gov
        andrew.bosse@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 24th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                /s/
                                    Andrew Bosse
                                    Assistant United States Attorney
                                    Attorney for the United States
                                    United States Attorney's Office
                                    101 West Main Street, Suite 8000
                                    Norfolk, VA 23510
                                    Office Number: 757-441-6331
                                    Facsimile Number: 757-441-6689
                                    andrew.bosse@usdoj.gov