# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

# NORFOLK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 2:17cr1 |
| | ) | |
| v. | ) | |
| | ) | |
| **LIONEL NELSON WILLIAMS,** | ) | |
|     Defendant. | ) | |

      This notice is to inform the Court that Alicia H. Cook, Special Assistant United States Attorney for the Eastern District of Virginia, will be appearing as co-counsel on the above-styled case, with Assistant United States Attorneys Joseph DePadilla and Andrew Bosse.

                                        Respectfully submitted,

                                        DANA J. BOENTE
                                        UNITED STATES ATTORNEY

By:     /s/
           Alicia H. Cook
           Special Assistant United States Attorney
           Attorney for the United States
           Trial Attorney
           United States Department of Justice
           950 Pennsylvania Avenue, NW
           Washington, D.C. 20530
           Office Number: 202-305-1601
           Facsimile Number: 202-514-8714
           alicia.cook2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

          /s/
Alicia H. Cook
Special Assistant United States Attorney
Attorney for the United States
Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Office Number: 202-305-1601
Facsimile Number: 202-514-8714
alicia.cook2@usdoj.gov