Filed with Classified
Information Security Officer

CISO _Miguel Ferrer_
6/15/2017

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:17cr0001 |
| ) | |
| v. ) | FILED IN CAMERA, EX PARTE |
| ) | AND UNDER SEAL WITH THE |
| LIONEL NELSON WILLIAMS, ) | CLASSIFIED INFORMATION |
| a/k/a "Harun Ash-Shababi," ) | SECURITY OFFICER |
| ) | |
| Defendant. | |

## (U) GOVERNMENT'S CLASSIFIED IN CAMERA, EX PARTE MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE