FILED
IN OPEN COURT

AUG 16 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:17-cr-1 |
| | ) | |
| LIONEL NELSON WILLIAMS, | ) | |
| a/k/a "Harun Ash-Shababi," | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO RETURN PROPERTY

Before the Court is defendant Lionel N. Williams's oral motion made pursuant to Fed. R. Crim. P. 41(g) for the return of a Marlin Firearms Co. Model 60 rifle seized on December 21, 2016. The defendant requests that the Marlin Firearms rifle be returned to his grandmother, Clarine Jones, who is the rightful owner of the rifle. The United States has no objection to the defendant's motion. It is therefore ORDERED that the Marlin Firearms Co. Model 60 rifle seized on December 21, 2016 be returned to Clarine Jones, PROVIDED that Ms. Jones cooperates with and passes any necessary checks by law enforcement to ensure that she may legally possess said rifle.

/s/
Arenda L. Wright-Allen
United States District Judge

UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia
This 16th day of August 2017.

I ask for this:
Lionel N. Williams
Defendant

By: *[signature]*
Keith Loren Kimball
Counsel for Defendant Lionel Nelson Williams
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
Telephone: 757 457-0800
Facsimile: 757-457-0880
E-mail Address: keith_kimball@fd.org


Seen and agreed to:

By: *[signature]*
Joseph E. DePadilla
Andrew C. Bosse
Assistant United States Attorneys
United States Attorney's Office 101
West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: 757-441-6331
Facsimile: 757-441-6689
E-Mail Addresses:    Joe.DePadilla@usdoj.gov
                     Andrew.Bossee@usdoj.gov